UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRAVANTI WEATHERSPOON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:16-cv-00752-RFB-NJK<br><br>ORDER |

**I.   DISCUSSION**

On May 4, 2016, the Court granted Plaintiff's motion to voluntarily dismiss this case. (ECF No. 4). On September 30, 2016, Plaintiff submitted an application to proceed *in forma pauperis*, an amended complaint, and a motion for leave to reopen the case and file his first amended complaint. (ECF No. 6, 6-2, 7). On October 12, 2016, Plaintiff filed a motion to inform of state waiver of jurisdiction to federal jurisdiction. (ECF No. 8).

The Court now denies the motion to reopen this case and file his first amended complaint. (ECF No. 7). Plaintiff voluntarily dismissed this case. If Plaintiff wants to pursue allegations in his amended complaint, he may file a new application to proceed *in forma pauperis* and a complaint in a new case with the Clerk of Court. As such, the application to proceed *in forma pauperis* (ECF No. 6) is denied without prejudice to file an application to proceed *in forma pauperis* in a new case.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that the application to proceed *in forma*

1  *pauperis* (ECF No. 6) is denied without prejudice.

2  It is further ordered that the motion for leave to reopen case (ECF No. 7) is denied.

3  It is further ordered that the motion of state waiver to federal jurisdiction (ECF No.

4  8) is denied.

5  It is further ordered that Plaintiff may file his documents in a new case but he may

6  not file anymore documents in this closed case.

8  DATED THIS 24th day of January 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE